UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Tyler Croston, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>HealthEx Corp., et al.,<br><br>Defendants. | Case No. 21-cv-04827 (ALM)(CMV) |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, and ordered by the Court, that the above-captioned action is dismissed *with prejudice* pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and without costs, disbursements or attorneys' fees to any party.

[SIGNATURES ON NEXT PAGE]

**THE LAW OFFICES OF SIMON & SIMON**

By: _____
James L. Simon
5000 Rockside Road – Suite 520
Independence, OH 44131
(216) 525-8890

*Attorneys for Plaintiff*

Dated: _____, 2022

**FROST BROWN TODD LLC**

By: _____
Anne E. Duprey
One Columbus, Suite 2300
10 W. Broad Street
Columbus, OH 43215
(614) 559-7203

*Attorneys for Defendant Pharmerica East, LLC*

Dated: 1/26/2022 ____, 2022

**LITTLER MENDELSON, P.C.**

By: _____
Benjamin W. Mounts
41 South High Street, Suite 3250
Columbus, OH 43215
(614) 463-4248

*Attorneys for Defendants HealthEx Corp. and Keith Kearney*

Dated: January 12, 2022

SO ORDERED:

_____
U.S. District Court Judge

18 Feb. 2022
Dated

4874-5517-5687.1 / 068646-1027

- 10 -